

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-76,866-02

### EX PARTE SAMUEL GASCA DURAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 366-82255-07-HC IN THE 366TH DISTRICT COURT
### OF COLLIN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault of a child and one count of indecency with a child by contact. He was sentenced to ninety-nine years' imprisonment on each aggravated sexual assault count and twenty years' imprisonment on the indecency with a child count. The Dallas Court of Appeals affirmed the convictions. *Duran v. State*, No. 05-09-00264-CR (Tex. App.—Dallas Nov. 16, 2010) (not designated for publication).

This Court received this 11.07 application on September 18, 2018 and dismissed the writ

application for non-compliance with the Rules of Appellate Procedure on September 26, 2018. Tᴇx. R. Aᴘᴘ. P. 73.1(d). The Court has since received Applicant's "Motion Requesting that his Application for a Writ of Habeas Corpus Be Revived and Reinstated." It is evident that the Court dismissed Applicant's 11.07 writ application in error. We now withdraw our order of September 26, 2018, and reconsider the case on our own motion. Tᴇx. R. Aᴘᴘ. P. 79.2(d).

The trial court made findings of fact and conclusions of law addressing Applicant's claims. This Court has undertaken an independent review of all the evidence in the record. Therefore, based on the trial court's findings of fact and conclusions of law as well as this Court's independent review of the entire record, we deny relief.

Filed: January 9, 2019

Do not publish